UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW SHELLEY,<br>    Defendant | ) Criminal No. 26cr10207<br>) <br>) Violation:<br>) <br>) <u>Count One</u>: Transmitting Threatening<br>) Communication in Interstate Commerce<br>) (18 U.S.C. § 875(c))<br>) |

<u>INDICTMENT</u>

At all times relevant to this Indictment:

<u>General Allegations</u>

1.      Defendant Matthew Shelley was not present in the District of Massachusetts. Shelley resided in the District of Montana.

2.      Victim 1 lived in the District of Massachusetts.

<u>The Interstate Threat</u>

3.      On or about October 18, 2025, Shelley posted a message on X, a social media networking service, that contained a threat to kill Victim 1. At the time the message was sent, Victim 1 was in the District of Massachusetts.



1

<u>COUNT ONE</u>
Transmitting in Interstate Commerce a Threat to Injure the Person of Another
(18 U.S.C. § 875(c))

The Grand Jury charges:

4.    The grand jury re-alleges and incorporates by reference paragraphs 1-3 of this Indictment.

5.    On or about October 18, 2025, in the District of Massachusetts and elsewhere, the defendant,

MATTHEW SHELLEY,

knowingly and willfully did transmit in interstate commerce a communication containing a threat to injure the person of another.

All in violation of Title 18, United States Code, Section 875(c).

2

A TRUE BILL

███████████████

FOREPERSON

CHRISTOPHER POHL
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: July 23, 2026
Returned into the District Court by the Grand Jurors and filed.

/s/Thomas F. Quinn 7/23/2026 @ 1:10pm

DEPUTY CLERK

3