AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

United States of America
v.

MATTHEW SHELLEY

_Defendant_

)
)
)
)
)
)
)

Case No.   26cr10207 FDS - JCB

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   MATTHEW SHELLEY                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

   18 USC § 875c - Transmit interstate or foreign commerce threat to injure another person

Date: _7/23/2026_

_____
Issuing officer's signature

City and state:   Boston, Massachusetts

Thomas F. Quinn Deputy Clerk
_____
Printed name and title

### Return

This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____
at _(city and state)_ _____ .

Date: _____

_____
Arresting officer's signature

_____
Printed name and title